UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GERETHA WILSON,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A CIVIL CASE**
　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**CASE NO. 5:17-CV-276-D**
NANCY A. BERRYHILL, Acting Commissioner　)
of Social Security,　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　)

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**This Judgment Filed and Entered on November 8, 2017, and Copies To:**
Paul T. McChesney　　　　　　　　　　　　　　(via CM/ECF electronic notification)
Leo R. Montenegro　　　　　　　　　　　　　　(via CM/ECF electronic notification)

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
November 8, 2017　　　　　　　　　　　　(By) /s/ Crystal Jenkins
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk