UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GERETHA WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:17-CV-276-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay Plaintiff One Thousand Six Hundred and Seventeen Dollars and Nineteen Cents ($1,617.19) in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Pursuant to *Comm'r of Soc. Sec. v. Ratliff,* 560 U.S. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiffs attorney. If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on January 11, 2018, and Copies To:**
Paul T. McChesney                          (via CM/ECF electronic notification)
Leo R. Montenegro                          (via CM/ECF electronic notification)


DATE:                                      PETER A. MOORE, JR., CLERK
January 11, 2018                           (By) /s/ Nicole Briggeman
                                           Deputy Clerk